IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALMONTIE M. SHIELDS,

Defendant.                                                No. 06-cr-30166-DRH-1

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to withdraw as counsel of record for defendant Almontie Shields (Doc. 756). Assistant Federal Public Defender Ethan Skaggs seeks withdrawal (along with the Federal Public Defender's Office) due to a conflict of interest. The government is aware of said conflict. For good cause, said motion to withdraw is **GRANTED** (Doc. 756). Assistant Federal Public Defender Ethan Skaggs is terminated as representative counsel for defendant. Accordingly, the Court **APPOINTS** as CJA counsel, attorney John Stobbs, 307 Henry Street, Suite 211, Alton, IL, 62002. In light of John Stobbs' recent appointment, the Court resets defendant's final revocation hearing for **September 3, 2013, at 9:00 a.m.**

**IT IS SO ORDERED.**

Signed this 19th day of August, 2013.

Digitally signed by
David R. Herndon
Date: 2013.08.19
11:10:22 -05'00'

**Chief Judge**
**United States District Court**